ALDRIDGE *v.* STATE OF INDIANA.

ALDRIDGE *v.* STATE OF INDIANA.

[Nos. 24,398, 24,399. Filed January 6, 1926.]

From Posey Circuit Court; *Herdis F. Clements*, Judge.

Joseph Aldridge and William Aldridge were convicted of having possession of a still for the manufacture of intoxicating liquor, and they appeal. *Reversed*.

*W. D. Hardy*, for appellants.

*U. S. Lesh*, Attorney-General, *Edward M. White*, Assistant Attorney-General and *Mrs. Edward Franklin White*, Deputy Attorney-General, for the State.

PER CURIAM.—These appellants were arrested when the house where they were found was entered and searched by officers holding a search warrant that had been issued and used in making a search of the same premises several days before, and had been used again in making a like search each day afterward until appellants were found there, and evidence was admitted of what

the officers discovered in making the last search. On the authority of *McDaniel* v. *State* (1926), *ante* 179, each of the judgments is reversed, with directions to sustain each motion for a new trial.